IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**(01) CARRIE D. KETCHERSIDE**,<br>[DOB: 08-05-1982],<br><br>and<br><br>**(02) CEDRIC C. WILSON**,<br>[DOB: 11-12-1982],<br><br>Defendants.<br><br>**Defendants/Counts:**<br>**(01) Ketcherside: 1-3**<br>**(02) Wilson: 1-5** | No.  20-3080-01/02-CR-S-BCW<br><br>**COUNTS 1, 2, and 3**<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years Imprisonment<br>NMT $1,000,000 Fine<br>NLT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 4**<br>18 U.S.C. §  924(c)(1)(A)<br>NLT 5 Years Imprisonment Mandatory<br>NMT Life Imprisonment<br>Consecutive Sentence to All Counts<br>NMT $250,000 Fine<br>NMT 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT 5**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Each Count |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about November 14, 2018, in Greene County, in the Western District of Missouri, the defendants, **CARRIE D. KETCHERSIDE** and **CEDRIC C. WILSON**, knowingly and intentionally possessed, with intent to distribute, a mixture and substance containing a detectable

amount of heroin, a schedule I controlled substance. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about November 14, 2018, in Greene County, in the Western District of Missouri, the defendants, **CARRIE D. KETCHERSIDE** and **CEDRIC C. WILSON**, knowingly and intentionally possessed, with intent to distribute, a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3

On or about November 14, 2018, in Greene County, in the Western District of Missouri, the defendants, **CARRIE D. KETCHERSIDE** and **CEDRIC C. WILSON**, knowingly and intentionally possessed, with intent to distribute, a mixture and substance containing a detectable amount of hydrocodone, a schedule II controlled substance. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about November 14, 2018, in Greene County, in the Western District of Missouri, the defendant, **CEDRIC C. WILSON**, knowingly possessed firearms, that is, a Smith & Wesson brand, M&P Bodyguard 380 model, .380-caliber semiautomatic pistol, bearing serial number KES8580; and a Taurus brand, PT 745 C model, .45-caliber semi-automatic pistol, bearing serial number NYA55509, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession, with intent to distribute, a mixture or substance containing a detectable amount of heroin, as alleged in Count 1, possession, with intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, as alleged

in Count 2, and possession, with intent to distribute, a mixture or substance containing a detectable amount of hydrocodone, as alleged in Count 3. All in violation of Title 18, United States Code Section 924(c)(1)(A).

## COUNT 5

On or about November 14, 2018, in Greene County, in the Western District of Missouri, the defendant, **CEDRIC C. WILSON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, a Smith & Wesson brand, M&P Bodyguard 380 model, .380-caliber semi-automatic pistol, bearing serial number KES8580; and a Taurus brand, PT 745C model, .45-caliber semi-automatic pistol, bearing serial number NYA55509; and the firearms were in and affecting interstate commerce. All in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL.**

*/s/ Kevin Elliott*
**FOREPERSON OF THE GRAND JURY**

*/s/ Anthony Brown*
**ANTHONY M. BROWN**
Special Assistant United States Attorney
MO Bar #62504

Dated: 08/25/2020
Springfield, Missouri